IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01814-WYD

JAIME LOMELI,

     Petitioner,

v.

HILLARY RODHAM CLINTON;
JANICE L. JACOBS;
ANN BARRETT; and
SHERMAN PORTELL, in their official capacities,

     Respondents.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Joint Motion to Stay Action and Extend Deadline [doc. #4], filed August 28, 2009.  The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that the parties' Joint Motion to Stay Action and Extend Deadline [doc. #4], filed August 28, 2009, is **GRANTED**.  This action is **STAYED** for sixty days, until Tuesday, October 27, 2009.  Not later than **Tuesday, October 27, 2009**, respondents shall respond to the Order to Show Cause [doc. #2].

Dated:  August 28, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge