IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01814-WYD

JAIME LOMELI,

     Petitioner,

v.

HILLARY RODHAM CLINTON;
JANICE L. JACOBS;
ANN BARRETT; and
SHERMAN PORTELL, in their official capacities,

     Respondents.

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulated Motion to Dismiss, [doc. #6], filed October 27, 2009.  The Court having reviewed the Motion and being fully advised of the premises therein, it is hereby

ORDERED that the parties' Joint Stipulated Motion to Dismiss, [doc. #6], filed October 27, 2009, is **GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE,** with each side to bear their own attorney's fees and costs.

     Dated:  October 27, 2009

                                   BY THE COURT:

                                   s/ Wiley Y. Daniel
                                   Wiley Y. Daniel
                                   Chief United States District Judge